33 A.3d 932

**Arthur Franklin WHITE, Jr.**

v.

**STATE of Maryland.**

**No. 42, Sept. Term, 2008.**

Court of Appeals of Maryland.

Dec. 19, 2011.

Rachel Marblestone Kamins (Gary E. Bair of Bennett & Bair, LLC, Greenbelt, MD), on brief, for petitioner.

Diane E. Keller, Asst. Atty. Gen. (Douglas F. Gansler, Atty. Gen. of Maryland, Baltimore, MD), on brief, for respondent.

Argued before BELL, C.J., HARRELL, BATTAGLIA, GREENE,*MURPHY, ADKINS and JOHN C. ELDRIDGE (Retired, Specially Assigned), JJ.

PER CURIAM ORDER.

The Court having considered the motion for reconsideration filed by the Petitioner in the above entitled case, it is this 19th day of December, 2011

ORDERED, by the Court of Appeals of Maryland, that its opinion filed in this case on October 24, 2011 be, and it is hereby withdrawn, and it is further

ORDERED in light of this motion for reconsideration, the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.

---

\* Murphy, J., now retired, participated in the hearing and conference of this case while an active member of this Court but did not participate in the decision and adoption of this opinion.